WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | No. CV-20-00102-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

Pending before the Court is the parties' Consent Motion for Order Setting Expedited Rule 16 Case Management Conference ("Motion") (Doc. 41) filed on January 24, 2022. The Motion requests a case management conference to establish case deadlines and a discovery schedule. On the same day the Motion was filed, the Court docketed an order setting a case management conference in this matter for February 28, 2022.

Accordingly,

**IT IS ORDERED DENYING** as moot the parties' Consent Motion for Order Setting Expedited Rule 16 Case Management Conference. (Doc. 41.)

Dated this 26th day of January, 2022.

Honorable John C. Hinderaker
United States District Judge