**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | No. CV-20-00102-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

**IT IS ORDERED:**

(1) This matter is referred to Magistrate Judge Maria S. Aguilera for a settlement conference.

(2) Counsel shall email Judge Aguilera's chambers at **msa_chambers@azd.uscourts.gov** within 30 days to schedule a date for the settlement conference

Dated this 23rd day of March, 2022.

_____
Honorable John C. Hinderaker
United States District Judge