Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326 #119
Tucson, Arizona 85704
Tel: 520-318-0075
mike@mgmoorelaw.com

Larry J. Wulkan (021404)
**ZWILLINGER WULKAN PLC**
2020 N. Central Ave. Suite 675
Phoenix, Arizona 85004
Tel: 602-962-0089
larry.wulkan@zwfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | Case No.: 4:20-cv-00102-JCH |
| Plaintiffs, | **NOTICE OF AUTHORITY** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

Following the Court's discussion of Defendants' Motion for Judgment As A Matter of Law (Doc. 215), Plaintiffs offer the following authorities.

**I.    Integral Participation**

In *Keates v. Koile*, 883 F.3d 1228 (9th Cir. 2018), the Ninth Circuit recognized that a mother and her minor child plausibly pled that Arizona DCS employees were integral participants in a case worker's purported violation of their constitutional rights to familial association, as required to subject them to liability under § 1983, because they "participated in a meaningful way in a collective decision" to issue a Temporary Custody Notice. *Id.* at 1242. In our case, it is undeniable that Ms. Depke participated in "a meaningful way" in connection with Ms. Fregoso's verification of the Dependency Petition. Ms. Depke testified that she worked with Ms. Fregoso throughout her

investigation, seeking her input on key points, until she left on vacation at the end of the day on October 10, the day before the dependency petition was filed. Had Ms. Depke verified the dependency petition, as would be the usual case (had she not left for vacation), she would be directly liable for the reckless statements therein *and* Ms. Fregoso would *still* be liable for her conduct under a theory of supervisory liability. *See also Wells v. Cnty. of Stanislaus*, No. 120CV00770TLNBAM, 2022 WL 4237538, at *6 (E.D. Cal. Sept. 14, 2022) (finding integral participation on a judicial deception claim where the defendants "jointly prepared Plaintiffs' arrest warrant based on 'group consensus' as to what charges to seek against Plaintiffs."); *Barrera-Vasquez v. Cnty. of Riverside*, No. EDCV211172JGBKKX, 2022 WL 17216817, at *5 (C.D. Cal. Aug. 2, 2022) (finding integral participation on a judicial deception claim where the defendant "endorsed the Search Warrant that led to the allegedly unconstitutional search and seizure.").

## II. Clearly Established Law With Response to Preliminary Protective Hearing Report.

The duty to refrain from fabrication goes beyond testimony in court: "reasonable government officials are on notice that deliberately falsifying evidence in a child abuse investigation and including false evidentiary statements in a supporting declaration violates constitutional rights where it results in the deprivation of liberty or property interests, be it in a criminal or civil proceeding." *Costanich v. Dep't of Soc. & Health Servs.*, 627 F.3d 1101, 1115 (9th Cir. 2010). Here, the report states that the Steins "expressed they want [their son] permanently removed from the home, today" and "refused to have [him] back in the home." Report at § D(1)(A) & (D). The report is also relevant because it is further evidence of Ms. Depke's involvement/input in the dependency petition itself. Indeed, it mirrors it almost word for word in certain places.

RESPECTFULLY SUBMITTED this 1st day of May, 2024.

<u>/s/ Larry J. Wulkan</u>
Larry J. Wulkan
Zwillinger Wulkan PLC
2020 N. Central Ave., Suite 675
Phoenix, Arizona 857004
Telephone: 602-609-3800
larry.wulkan@zwfirm.com

Michael Garth Moore
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 1, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

<u>/s/ Stephanie Dolfini</u>

3