# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al., | NO. CV-20-00102-TUC-JCH |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Depke et al, | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED granting Defendants' Motion for Judgment as a Matter of Law.  **Defendant Alyssa Depke** is dismissed from this case with prejudice and judgment issued pursuant to Federal Rule of Civil Procedure 50(a).

Debra D. Lucas
District Court Executive/Clerk of Court

May 3, 2024

By  s/ Armida Butler
Deputy Clerk