UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



FILED ✓   LODGED ___
RECEIVED ___   COPY ___
MAY - 3 2024
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PLAINTIFF
Stein et al

V.

PLAINTIFF'S WITNESS LIST

DEFENDANT
Depke et al

CASE NUMBER: CV-20-00102-JCH

| PRESIDING JUDGE: John C. Hinderaker | COURTROOM DEPUTY: Armida Butler | COURT REPORTER: Anne Meyer |
|---|---|---|
| TRIAL DATE: 4/22/2024 | PLAINTIFF ATTORNEY(S): Lawrence J Wulkan, Michael Garth Moore | DEFENDANT ATTORNEY(S): Mark D Lammers, Paige Elizabeth Scalf, Patricia V Waterkotte |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| ✓ |  | 4/25/24 | 4/25/24 | Alyssa Depke |  |
| ✓ |  | 4/26/24 | 4/26/24 | Lyssa Fregoso |  |
| ✓ |  | 4/24/24 | 4/24/24 | Rebecca Krumm |  |
|  |  |  |  | Diane Pugh |  |
| ✓ |  | 4/24/24 | 4/24/24 | Kylah Ross-Mount |  |
| ✓ |  | 4/24/24 | 4/24/24 | Patty Sinko |  |
| ✓ |  | 4/26/24 | 4/26/24 | Justin Stein |  |
| ✓ |  | 4/23/24 | 4/23/24 | Jackie Stein |  |