UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



PLAINTIFF
Stein et al

V.

WITNESS LIST

DEFENDANT
Depke et al

CASE NUMBER: CV-20-00102-JCH

| PRESIDING JUDGE: John C. Hinderaker | COURTROOM DEPUTY: Armida Butler | COURT REPORTER: Anne Meyer |
|---|---|---|
| TRIAL DATE: 4/22/2024 | PLAINTIFF ATTORNEY(S): Lawrence J Wulkan, Mark Edward Evans, Michael Garth Moore | DEFENDANT ATTORNEY(S): Mark D Lammers, Michael John Rusing, Paige Elizabeth Scalf, Patricia V Waterkotte |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X |  | 4/30/24 | Alyssa Depke | No |
|  | X |  |  | Lyssa Fregoso | No |
|  | X | 4/30/24 | 4/30/24 | Caren Jablonsky | Yes |
|  | X | 4/30/24 | 4/30/24 | Lynn Saturley | Yes |
|  | X | 4/30/24 | 4/30/24 | Christopher Hall | Yes |
|  | X | 5/1/24 | 5/1/24 | Valarie Brown | Yes |
|  | X |  |  | Kenneth Baumgartner | Yes |
|  | X |  |  | Justin Stein | No |
|  | X |  |  | Jacqueline Stein | No |
|  | X |  |  | Kylah Ross-Mount | Yes |
|  | X |  |  | Rebecca Krumm | Yes |