

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

PLAINTIFF
Stein et al

V.

DEFENDANT
Depke et al

PLAINTIFFS' EXHIBIT LIST

CASE NUMBER: CV-20-00102-JCH

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| John C. Hinderaker | Armida Butler | Anne Meyer |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| 4/22/2024 | Lawrence J Wulkan<br>Michael Garth Moore | Mark D Lammers<br>Paige Elizabeth Scalf<br>Patricia V Waterkotte |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
| 1 | | 4/23/24 | Hotline Audio 10/9/19 |
| 2 | | 4/23/24 | Hotline Script 10/9/19 |
| 3 | | | Department of Child Safety Parents Rights |
| 4 | | | Family Functioning Assessment- Investigation |
| 5 | | | Present Danger Assessment & Planning Guide (2017) |
| 6 | | 4/23/24 | Declaration of Kenneth Baumgartner 10.24.22 Exhibit 89 |
| 7 | | | Removal Participant Workbook (2018) |
| 8 | | | DCS Investigations Allegation Findings |
| 9 | | | Informing Parents Rights_ Module 4 (AZDCS-Stein 000598-679) |
| 10 | | | Safe Arizona Flow Chart |
| 11 | | 4/23/24 | ICHD Annual Behavioral Health Update (AZDCS-Stein 019112-19120) |
| 12 | | 4/23/24 | ICHD Records (AZStein 2113-2312) |
| 13 | | | Team Decision Making, Policy and Procedure Manual, Chapter 2, Section 8 (2013) |
| 14 | | | Temporary Custody, Policy and Procedure Manual, Chapter 2, Section 9 (2018) |

| 15 | | | Voluntary Placement, Policy and Procedure Manual Chapter 3, Section 5.2 (2017) |
|---|---|---|---|
| 16 | | | Voluntary In-Home Services (AZDCS-Stein 000472-476) |
| 17 | | 4/23/24 | Notice of Duty to Inform Form (2017) |
| 18 | | | Krumm 30(b)(6) Depo Exhibit 67 (Pellerine v. Wagner 2017) |
| 19 | | | Krumm 30(b)(6) Depo Exhibit 84 (Pellerine v. Wagner 2017) |
| 20 | | | Krumm 30(b)(6) Depo Exhibit 85 (Pellerine v. Wagner 2017) |
| 21 | | 4/25/24 | Department of Child Safety Policy Safety Planning (AZDCS-Stein 001496-1508) |
| 22 | | | Depke Response to Plaintiffs' Discovery Requests (First Set) |
| 23 | | 4/23/24 | Child Safety & Risk Assessment 10/9/19 (AZDCS-Stein 000024-146) |
| 24 | | 4/23/24 | Child Safety & Risk Assessment Family Functional Assessment (AZDCS-Stein 000161-184) |
| 25 | | 4/23/24 | Interview Notes Zyla (AZDCS-Stein 000197-200) |
| 26 | | 4/23/24 | Temporary Custody Notice (AZDCS-Stein 000201-204) |
| 27 | | 4/23/24 | Sweet Discourse letter 10 15 19 (AZDCS-Stein 00239) |
| 28 | | 4/23/24 | Pugh letter 10 16 19 (AZDCS-Stein 00237) |
| 29 | | 4/23/24 | Annotated Report to the Court (AZStein002607-2619) |
| 30 | | 4/23/24 | Dependency Petition filed (Public Defender production) |
| 31 | | 4/23/24 | Bravo letter 10 16 19 (AZDCS-Stein 00240) |
| 32 | | 4/23/24 | Safety Plan 10/16/19 (AZDCS-Stein 000210-212) |
| 33 | | 4/23/24 | Case Closure (AZDCS-Stein 000216-220) |
| 34 | | 4/23/24 | Annotated Dependency Petition (AZStein0002585-2606) |
| 34 | | 4/23/24 | Annotated Dependency Petition (AZStein0002585-2606) |
| 35 | | 4/23/24 | Report Preliminary Protective Hearing (AZDCS-Stein 000086-98) |
| 36 | | 4/23/24 | Temporary Orders (AZDCS-Stein Juv. Crt.COS 000028-34) |
| 37 | | 4/23/24 | Criminal Conduct Assessment (AZDCS-Stein Juv. Crt.COS 000025-27) |
| 38 | | | DCS Policy Substantiating Maltreatment (AZDCS-Stein 001486-1494) |

| | | | |
|---|---|---|---|
| 39 | | 4/23/24 | DCS file (AZDCS-Stein 0001-0292) |
| 40 | | | INTENTIONALLY BLANK |
| 41 | | 4/23/24 | DDD ISP, ALTS MSP, RA 8/8/2019 (AzStein 0547 – 0584) |
| 42 | | 4/23/24 | Crisis Response Center File (AZStein 0001-39) |
| 43 | | | INTENTIONALLY BLANK |
| 44 | | 4/23/24 | Ken Baumgartner, Vineland Report II, 10/14/2019 |
| 45 | | 4/23/24 | DDD Hall Communications (AZStein 0430-0466) |
| 46 | | 4/23/24 | DDD Ind Support Plan, ALTS MSP, Risk Assess 2/5/19 (AZStein 0040-0059) |
| 47 | | 4/23/24 | DDD ISP, ALTS MSP, RA 5/23/19 (AZStein 0585-0603; 0875-878) |
| 48 | | 4/25/24 | ARS §8-456 |
| 49 | | 4/25/24 | ARS §8-201(25)(a) |
| 50 | | | ARS §8-804 |
| 51 | | 4/23/24 | Photo-Kingman |
| 52 | | 4/23/24 | Photo-Kingman |
| 53 | | 4/23/24 | Photo-Tucson 1 |
| 54 | | 4/23/24 | Photo-Tucson 2 |
| 55 | | 4/23/24 | Photo-Tucson 3 |
| 56 | | 4/23/24 | Photo-Tucson 4 |
| 57 | | 4/23/24 | Photo-Bedroom 1 |
| 58 | | 4/23/24 | Photo-Bedroom 2 |
| 59 | | 4/23/24 | Photo-Bedroom 3 |
| 60 | | 4/23/24 | Photo-Bedroom 4 |
| 61 | | 4/23/24 | Photo-Bedroom 5 |
| 62 | | 4/26/24 | Video 1 |
| 63 | | | Video 2 |
| 64 | | 4/23/24 | DCS A Parents' Guide to DCS |

| 65 | | 4/23/24 | Chart of DCS Investigative Process |
|---|---|---|---|
| 66 | | | Timeline of events |
| 67 | | 4/25/24 | JACKIE STEIN's TIK TOK VIDEO |
| 68 | | 5/1/24 | ICHD CHARTS |
| | | | |
| | | | |