UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



FILED ✓ ___ LODGED
RECEIVED ___ COPY

MAY - 3 2024

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PLAINTIFF
Stein et al

V.

EXHIBIT LIST

DEFENDANT
Depke et al

CASE NUMBER: CV-20-00102-JCH

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| John C. Hinderaker | Armida Butler | Anne Meyer |

| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
|---|---|---|
| 4/22/2024 | Lawrence J Wulkan<br>Mark Edward Evans<br>Michael Garth Moore | Mark D Lammers<br>Michael John Rusing<br>Paige Elizabeth Scalf<br>Patricia V Waterkotte |

| PLF NO. | DFT NO. | DATE ADMITTED | EXHIBITS |
|---|---|---|---|
|  | 101 | 4/23/24 | Arizona DCS/DDD 8/8/19 records (bates: AZStein2504-2529) |
|  | 102 | 4/23/24 | 10/9/19 Hotline Conversation |
|  | 103 | 4/23/24 | Intermountain Rapid Response Report to Juvenile Court (bates AZDCS-Stein254-256) |
|  | 104 |  | Post-nuptial Agreement |
|  | 105 | 4/23/24 | Jackie's Handwritten Timeline (bates: AZDCS-Stein 014859) |
|  | 106 | 4/23/24 | Copies of Jackie's text messages (bates: AZStein2646-2666; 2668-2688; 2690-2692; 2699,2704-2706; 2727) |
|  | 107 |  | Mike Moore and Ken Baumgartner emails dated 9/7/2022 (bates: AZDCS-Stein20049;20052-20055) |
|  | 108 | 5/1/24 | Demonstrative timeline |
|  | 109 | 5/1/24 | ICHD Behavioral charts for COS |
|  | 110 | 5/1/24 | Dependency court record |
|  | 111 |  | For the Record (FTR) recording and transcript of the PPH |
|  | 112 |  | Steins' Divorce File |
|  | 113 | 4/23/24 | TDM Summary Report (bates: AZDCS-Stein205-209) |
|  | 114 | 4/23/24 | Hall note to file (bates: AZDCS-Stein014377) |

| | | | |
|---|---|---|---|
| | 115 | 4/23/24 | Crisis Risk Assessment (Avatar Report) dated 10/10/19 |
| | 116 | 4/23/24 | Report to the Juvenile Court dated 10/16/2019 (bates: AZDCS-Stein000086-98) |
| | 117 | 4/23/24 | 6/30/2018 Sweet Discourse (bates: AZStein1033-35) |
| | 118 | 5/2/24 | ARS §8-841 |
| | 119 | | ARS Juv.Ct.Rules of Proc., Rule 328 |
| | 120 | 5/2/24 | ARS §8-824 |
| | 121 | | ARS Juv.Ct.Rules of Proc., Rule 332 |
| | 122 | 4/23/24 | Photograph of Corran's 9th Birthday (bates: AZStein2370) |
| | 123 | 4/23/24 | 10/18/19 Progress Notes by K. Baumgartner (bates: AZStein2401-2402) |
| | 124 | 4/23/24 | 12/16/19 ICHD Functional Behavior Assessment and Support Plan (bates: AZDCS-Stein242-252) |
| | 125 | 4/23/24 | DCS Notes and Comm – Case Closed (bates: AZDCS-Stein52-53) |
| | 126 | 4/23/24 | 1/31/20 DCS Letter to the Steins incl. Aftercare Plan (bates: AZDCS-Stein226-233) |
| | 127 | 4/23/24 | DCS Admin Case Record Review (bates: AZDCS-Stein222-225) |
| | 128 | 4/23/24 | Cathexis records for Jackie Stein (bates: AZStein2532-2539) |
| | 129 | 4/23/24 | Hotline Report (bates: AZDCS-Stein24-25) |
| | 130 | 4/23/24 | Rapid Response Referral (bates: AZDCS-Stein158-160) |
| | 131 | 4/23/24 | DCS Notes and Comm Case Build (bates: Stein 47) |
| | 132 | 4/23/24 | DCS Case Build (bates: AZDCS-Stein 4-23) |
| | 133 | 4/23/24 | DCS Notes and Comm. (bates: AZDCS-Stein 37-55) |
| | 134 | 4/23/24 | 10/17/19 Baumgartner Letter |
| | 135 | 4/23/24 | 3/31/19 Sweet Discourse (bates: AZStein 2319) |
| | 136 | 4/23/24 | 9/30/19 Sweet Discourse (bates: AZStein 2327) |
| | 137 | 4/23/24 | Quail Run ES Restrain and Seclusion Notification (bates: AZStein 2362-2363) |

| | | | |
|---|---|---|---|
| | 138 | 4/23/24 | Ken email confirming Hamilton Placement (bates: AZStein 2387-2388) |
| | 139 | 4/23/24 | Airs Hamilton Placement email (bates: AZStein 2442) |
| | 140 | | Pleadings: Second Amended Complaint, Declaration of Jacqueline Stein with exhibits |
| | 141 | | Justin and Jackie's Responses to RFAs and Rogs |
| | 142 | | Plaintiffs' Fourth Supplemental Disclosure |
| | 143 | 4/24/24 | Highlighted page 1 of exhibit 2 by Ms. Stein |
| | 144 | | Order of Protection |
| | 145 | | Preliminary Protective Hearing Transcript |
| | 146 | 5/2/24 | Decree of Dissolution of Marriage with redactions. |