IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Depke et al,<br><br>　　　　Defendant(s). | CV-20-00102-TUC-JCH<br><br>**JURY QUESTIONS<br>DURING DELIBERATION** |

Jury questions during deliberation.

# JURY QUESTION

Date/Time: 5/2/24

Case No.: 420 CV 00102 JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: If we decide in favor of the minor, can the jury or judge stipulate a trust in the name of the minor with a non-family trustee?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

Time: _____

Signed: _____
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Question 1
JCH

Date/Time: 5/2/24

Case No.: 420 CV 00102 JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: If we decide in favor of the minor, can the jury or judge stipulate a trust in the name of the minor with a non-family trustee?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

It is 4:45 p.m. Please go home for the evening and return at 9:30 a.m. tomorrow. In the meantime, I will confer with the lawyers and have answers to your questions in the morning.

Time: 4:45 p.m.

Signed: JCH
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Date/Time: 5/2/24  4:41 pm

Case No.: CV-20-00102-TUC-JCH

**UNITED STATES OF AMERICA**

**v.**

Stein v Fregoso

**Message/Question:** Please define compensatory damages

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

Time: _____

Signed: _____
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

Question #3

# JURY QUESTION

Date/Time: 5/2/24   4:41 pm

Case No.: CV-20-00102-TUC-JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: Please define compensatory damages

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☑ Answered below:

Please refer to the jury instruction on page 19 regarding damages.

Time: 9:30 a.m. on May 3, 2024
Signed: JCH
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Date/Time: 5/2/24

Case No.: 420 CV 00102 JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: If we decide in favor of the minor, can the jury or judge stipulate a trust in the name of the minor with a non-family trustee?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

Time: _____

Signed: _____
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Date/Time: 5/2/24

Case No.: 420 CV 00102 JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: If we decide in favor of the minor, can the jury or judge stipulate a trust in the name of the minor with a non-family trustee?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

No, you may not.

Time: 9:30 a.m. on May 3, 2024
Signed: JCH
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Date/Time: 5/2/24

Case No.: 4 20 CV 00102 JCH

**UNITED STATES OF AMERICA**

**v.**

Stan v Fregoso

**Message/Question:** Does the jury have to list a specific dollar amount for damages or can we state "attorney fee" etc?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record    ☐ Answered below:

Time: _____

Signed: _____
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

Question #2

# JURY QUESTION

Date/Time: 5/2/24

Case No.: 4 20 CV 00102 JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: Does the jury have to list a specific dollar amount for damages or can we state "attorney fee" etc?

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record  ☒ Answered below:

Please refer to the jury instruction on page 19 regarding damages.

Time: 9:30 a.m. May 3, 2024
Signed: JCH
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Date/Time: 5/3/24  11:10am

Case No.: CV-20-00102-TUC-JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: Question 8, line 3, "Jacquline" should be replaced by "Corran"

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record   ☐ Answered below:

Time: _____

Signed: _____
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**

# JURY QUESTION

Question #4

Date/Time: 5/3/24  11:10am

Case No.: CV-20-00102-TUC-JCH

**UNITED STATES OF AMERICA**

v.

Stein v Fregoso

Message/Question: Question 8, line 3, "Jacquline" should be replaced by "Corran"

Signed: 20
Jury Foreperson

**REPLY:** ☐ Question addressed on the record  ☐ Answered below:

Yes, that is an error in the verdict form. With this response, I am providing a page 4 w/ the error corrected. Please insert this into the verdict form.

Time: 11:30
Signed: JCH
Hon. John C. Hinderaker

**THIS NOTE IS PART OF THE LEGAL RECORD**