FILED ✓     LODGED
RECEIVED     COPY

MAY - 3 2024

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Stein et al,

        Plaintiff(s),

v.

Depke et al,

        Defendant(s).

CV-20-00102-TUC-JCH

## VERDICT FORM

## VERDICT FORM

*Please answer the following questions by marking an X next to "YES" or "NO" or otherwise filling in the blanks.*

*When answering the questions, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.*

We, the Jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

1

## 42 U.S.C. § 1983 CIVIL RIGHTS CLAIMS
### (Jacqueline Stein)

**QUESTION 1:**    Did Lyssa Fregoso violate Jacqueline Stein's federal civil rights by committing Judicial Deception?

YES___X___  NO_____

**If you checked "Yes," answer QUESTIONS 2 and 3.**
**If you checked "No," skip to QUESTION 4.**

**QUESTION 2:**    If you answered "Yes" to QUESTION 1, what is the amount of compensatory damages you determine Lyssa Fregoso should pay to Jacqueline Stein? If you find Jacqueline Stein is only entitled to nominal damages, enter no more than $1.00.

$  184,800  .

**QUESTION 3:**    If you answered "Yes" to QUESTION 1, what is the amount of punitive damages, if any, that you find Lyssa Fregoso should pay to Jacqueline Stein? If you choose not to impose punitive damages, write "none."

$  ~~100,000~~ 33,333.

2

## 42 U.S.C. § 1983 CIVIL RIGHTS CLAIMS
### (Justin Stein)

**QUESTION 4:**     Did Lyssa Fregoso violate Justin Stein's federal civil rights by committing Judicial Deception?

YES  X    NO_____

**If you checked "Yes," answer QUESTIONS 5 and 6.**
**If you checked "No," skip to QUESTION 7.**

**QUESTION 5:**     If you answered "Yes" to QUESTION 4, what is the amount of compensatory damages you determine Lyssa Fregoso should pay to Justin Stein? If you find Justin Stein is only entitled to nominal damages, enter no more than $1.00.

$ 312, 000 .

**QUESTION 6:**     If you answered "Yes" to QUESTION 4, what is the amount of punitive damages, if any, that you find Lyssa Fregoso should pay to Justin Stein? If you choose not to impose punitive damages, write "none."

$ 33, 333 .

3

## 42 U.S.C. § 1983 CIVIL RIGHTS CLAIMS
### (Corran Stein)

**QUESTION 7:**    Did Lyssa Fregoso violate Corran Stein's federal civil rights by committing Judicial Deception?

YES__X____ NO_____

**If you checked "Yes" answer QUESTIONS 8 and 9.**
**If you checked "No," skip to the next page.**

**QUESTION 8:**    If you answered "Yes" to QUESTION 7, what is the amount of compensatory damages you determine Lyssa Fregoso should pay to Corran Stein? If you find Corran Stein is only entitled to nominal damages, enter no more than $1.00.

$ 604,500  .

**QUESTION 9:**    If you answered "Yes" to QUESTION 7, what is the amount of punitive damages, if any, that you find Lyssa Fregoso should pay to Corran Stein? If you choose not to impose punitive damages, write "none."

$ 33,334  .

4

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*

Date: _5/3/24_          By: _20_____

                              Foreperson

5