IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al, <br><br>        Plaintiff(s), <br><br>v. <br><br>Depke et al, <br>        Defendant(s). | CV-20-00102-TUC-JCH <br><br>**RETURN OF EXHIBITS** |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial as to Plaintiffs held on April 22, 2024.

Plaintiffs Exhibits:

1, 2, 6, 11, 12, 17, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 41, 42, 44, 45, 46, 47, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 64, 65, 67, 68.

5-3-2024
Date

Defendant's Counsel Signature

5/3/24
Date

Plaintiff's Counsel Signature