```
FILED ____ LODGED
____ RECEIVED ____ COPY

        MAY - 3 2024

    CLERK US DISTRICT COURT
      DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al, | CV-20-00102-TUC-JCH |
| Plaintiff(s), | |
| v. | **RETURN OF EXHIBITS** |
| Depke et al, Defendant(s). | |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial as to Defendants held on April 22, 2024.

Defendants Exhibits:

101, 102, 103, 105, 106, 108, 109, 110, 113, 114, 115, 116, 117, 118, 120, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 143, 146.

_5-3-24_
Date

_____
Defendant's Counsel Signature

_5/3/24_
Date

_____
Plaintiff's Counsel Signature