Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326 #119
Tucson, Arizona 85704
Tel: 520-318-0075
mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
**ZWILLINGER WULKAN PLC**
2020 N. Central Ave. Suite 675
Phoenix, Arizona 85004
Tel: 602-962-0089
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | Case No.:  4:20-cv-00102-JCH |
| Plaintiffs, | |
| v. | **MOTION FOR ENTRY OF JUDGMENT** |
| Alyssa Depke, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiffs request that the Court direct the Clerk to enter judgment in Plaintiffs' favor in the form lodged with the Court concurrently with this motion.

RESPECTFULLY SUBMITTED this 21st day of July, 2024.

/s/ Larry J. Wulkan
Larry J. Wulkan
Jennifer L. Allen
Zwillinger Wulkan PLC
2020 N. Central Ave., Suite 675
Phoenix, Arizona 857004
Telephone: 602-609-3800
larry.wulkan@zwfirm.com

Michael Garth Moore
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on July 21, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

*/s/ Stephanie Dolfini*