WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | No. CV-20-00102-TUC-JCH |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

**IT IS ORDERED AND ADJUDGED** that pursuant to the jury's verdicts reached on May 3, 2024, judgment is entered in favor of: Plaintiff Jacqueline Stein and against Defendant Fregoso in the amount of $184,800 in compensatory damages and $33,333 in punitive damages; Plaintiff Justin Stein and against Defendant Fregoso in the amount of $312,000 in compensatory damages and $33,333 in punitive damages; Plaintiff Corran Stein and against Defendant Fregoso in the amount of $604,500 in compensatory damages and $33,334 in punitive damages.

Dated this 13th day of August, 2024.

John C. Hinderaker
United States District Judge