Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326 #119
Tucson, Arizona 85704
Tel: 520-318-0075
mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
**ZWILLINGER WULKAN PLC**
2020 N. Central Ave. Suite 675
Phoenix, Arizona 85004
Tel: 602-962-0089
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | Case No.: 4:20-cv-00102-JCH |
| Plaintiffs, | **PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

Consistent with Plaintiffs' representation in their first motion for fees and expenses, Plaintiffs now move for fees and expenses for their work on Defendants' post-trial motions. *See* Doc. 268 at 2:15 ("Plaintiffs now seek their first award of fees. They anticipate filing successive fee petitions…").

In this petition, Plaintiffs seek fees and expenses totaling $110,703.10, comprising of: $49,707.00 in fees for time Mr. Moore spent on the matter from July 3 to September 10, 2024; $59,259.00 in fees incurred by Zwillinger Wulkan from July 3 to September 16, 2024; and $1,737.10 in costs.

When combined with Plaintiffs' previous request, *see* Doc. 268, the total amount of fees and expenses being requested through September 16, 2024 is $884,836.95.

The plaintiffs' entitlement to fees is extensively briefed in Plaintiffs' First Motion for Attorneys' Fees and Expenses (Doc. 268), which is incorporated herein.

The reasonableness of the additional requested fees and expenses is supported by the undersigned's declaration, which is attached hereto as **Exhibit A.**

RESPECTFULLY SUBMITTED this 17th day of September, 2024.

/s/ Larry J. Wulkan
Larry J. Wulkan
Jennifer L. Allen
2020 N. Central Ave., Suite 675
Phoenix, Arizona 85004
Telephone: 602-609-3800
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

Michael Garth Moore
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on September 17, 2024. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

/s/ Stephanie Dolfini