| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | SEP 26 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JUSTIN STEIN, personal representative of minor other C.O.S and JACQUELINE STEIN, in her individual capacity,<br><br>       Plaintiffs - Appellees,<br><br>and<br><br>DEBRA L. GREENE, Legal Guardian other K.C.G.; et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>LYSSA A. FREGOSO, Arizona Department of Child Safety,<br><br>       Defendant - Appellant,<br><br>and<br><br>ALYSSA DEPKE, Arizona Department of Child Safety; et al.,<br><br>       Defendants. | No. 24-5685<br><br>D.C. No. 4:20-cv-00102-JCH<br>District of Arizona, Tucson<br><br>ORDER |

When the notice of appeal was filed, timely motions listed in Federal Rule of Appellate Procedure 4(a)(4) were pending in the district court. Appellate proceedings are therefore held in abeyance until the district court decides the pending motions. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus.*

*Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994) (notice of appeal becomes effective when timely tolling motions resolved).

To challenge the district court's ruling on the motions, appellant must file an amended notice of appeal within the time set by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT