# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | No. CV-20-00102-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| Alyssa Depke, et al., | |
| Defendants. | |

Before the Court are Plaintiffs' First and Second Motions for Attorneys' Fees and Costs. The Court will hear these motions on May 19, 2025, at 10:00 a.m. The Court requests additional information from Plaintiffs before the hearing.

This case originally involved three plaintiff families (the Greens, the Reids, and the Steins) and legal claims that Plaintiffs agree are "unrelated" to the Steins' one successful claim, judicial deception. To address the issue of unrelated parties and claims, Mr. Moore "excised" all time spent working on the Green and the Reid cases, leaving only time spent on the Steins' case, and "excised all time that was exclusively devoted to the dismissed removal claim." Doc. 268-2 at 3 ¶ 9.

The Court wants to better understand how Mr. Moore kept his time between the various clients/claims and the process he followed to excise fees related to the unrelated parties and claims from the fee applications. More specifically, the Court wants to know whether Mr. Moore recorded his time as three separate matters (one for each family), as only one matter for all three families, or in some other fashion. Further, the Court wants

Mr. Moore to "show his work" with respect to the time he excised.

Accordingly, Mr. Moore will provide billing statement(s) like those provided as Exhibit 2 to his declaration, but with all time included, including the time and entries Mr. Moore "excised." Mr. Moore may remove privileged information but should provide the entries as they were kept contemporaneously. Further Mr. Moore will provide a separate statement showing only the excised time and entries and a total for the number of hours excised. Mr. Moore can decide how best to do this.

At oral argument, the Court will review these statements with Mr. Moore to better understand how, and to what extent, Mr. Moore cut his time to address the issue of unrelated parties and claims.

**IT IS ORDERED** directing Plaintiffs to provide the information outlined above by **May 14, 2025**.

**IT IS FURTHER ORDERED re-setting** Oral Argument on Plaintiffs' Motions for Attorneys' Fees and Costs to **Monday, May 19, 2025, at 10:00 a.m.**

Dated this 1st day of May, 2025.

John C. Hinderaker
United States District Judge