Michael Garth Moore (023742)
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
Email: mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Zwillinger Wulkan PLC
2020 North Central Avenue, Suite 675
Phoenix, Arizona 857004
Telephone: 5602-609-3800
larry.wulkan@zwfirm.com

*Trial Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al, | Case No. 4:20-cv-00102-JCH |
| Plaintiffs, | |
| vs. | **NOTICE OF FILING SUPPLEMENTAL DECLARATION OF MICHAEL GARTH MOORE** |
| Alyssa Depke, et al, | |
| Defendants. | |

Please take notice that Plaintiffs herewith file the Supplemental Declaration of Michael Garth Moore with exhibits, pursuant to this Court's Order Doc. 332.

RESPECTFULLY SUBMITTED this 13th day of May 2025.

>   */s/ Michael Garth Moore*
>   Michael Garth Moore
>   6336 North Oracle Road Suite 326, No. 119
>   Tucson, Arizona 85704
>   Telephone: 520-437-9440
>   mike@mgmoorelaw.com

1

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 13, 2025. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                                             Respectfully submitted,

                                                             */s/ Michael Garth Moore*
                                                             6336 North Oracle Road Suite 326, No. 119
                                                             Tucson, Arizona 85704
                                                             Telephone: 520-437-9440
                                                             Email: mike@mgmoorelaw.com

                                                            *Trial Counsel for Plaintiffs*