Michael Garth Moore (023742)
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-437-9440
Email: mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Zwillinger Wulkan PLC
2020 North Central Avenue, Suite 675
Phoenix, Arizona 857004
Telephone: 5602-609-3800
Email: larry.wulkan@zwfirm.com

*Trial Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Justin Stein, et al,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Alyssa Depke, et al,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00102-JCH<br><br>**MOTION OF MICHAEL GARTH MOORE FOR LEAVE TO SUPPLEMENT THE RECORD ON PLAINTIFFS' FIRST MOTION FOR ATTORNEY FEES AND EXPENSES, DOC. 268** |

Now comes Michael Garth Moore and moves the Court for an Order granting leave to supplement his submission of time, Doc. 268-2, Exhibit B, in support of an award of fees.

**I.　　TIME RECORD OMITTED FROM DOC. 268-2, EXHIBIT B**

In preparing a response to the Court's Order Doc. 332, the undersigned learned of a gap in the time record from February 16, 2022, to April 16, 2022. Upon reviewing

1

the original time records, it became clear that for some reason the time in these two (2) months was omitted.

Appended hereto as Exhibit A is the record of time invested by the undersigned in the prosecution of the Steins' claim omitted from the earlier submission. The total time is 21.9 hours. The undersigned requests that this Court grant leave to submit the omitted evidence.

## II.   TIME INVESTED IN RESPONDING TO ORDER DOC. 332

The undersigned invested 10.3 hours in preparation of materials, and drafting of a Supplemental Declaration in compliance with this Court's directive in Doc. 332. The undersigned submits that this is compensable time and requests that this Court grant leave to the undersigned to submit this time, appended as Exhibit B.

## III.   REVISED FEE REQUESTED

With this supplementation, the undersigned's documentation of time and fees is as follows:

| Name/Title | Representation Hours | Rate | Lodestar | Fee Requested |
|---|---|---|---|---|
| Michael Garth Moore/Attorney | 848.4 | $630.00 | $630.00 | $534,492.00 |
| Michael Garth Moore/Attorney 2.16.22-4.16.22 | 21.9 | $630.00 | $630.00 | $13,797.00 |
| Hours in Preparation of Petition | 10.0 | $630.00 | $630.00 | $6,300.00 |
| Preparation of Responses to Order Doc. 332 | 10.3 | $630.00 | $630.00 | $6,489.00 |

| Paralegal Tricia Jochum | 27.2 | $175.00 | $175.00 | $4760.00 |
|---|---|---|---|---|
| Paralegal Amber Pierides | 36.7 | $150.00 | $150.00 | $5,505.00 |
| | | | **Total** | **$571,343.00** |

RESPECTFULLY SUBMITTED this day 13th of May 2025.

                                        */s/ Michael Garth Moore*
                                        Michael Garth Moore
                                        6336 North Oracle Road Suite 326, No. 119
                                        Tucson, Arizona 85704
                                        Telephone: 520-437-9440
                                        Email: mike@mgmoorelaw.com

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on May 13, 2025. Notice of this filing will be sent to all parties and counsel through the Court's filing system. Parties and counsel may access the filing through the Court's system.

                                             Respectfully submitted,

                                             */s/ Michael Garth Moore*
                                             Michael Garth Moore
                                             6336 North Oracle Road Suite 326, No. 119
                                             Tucson, Arizona 85704
                                             Telephone: 520-437-9440
                                             Email: mike@mgmoorelaw.com