# EXHIBIT A

**SUPPLEMENTAL STATEMENT OF TIME AND EXPENSE**
**FEBRUARY 16, 2022 – APRIL 16, 2022**
**STEIN V. DEPKE, ET AL**
**MICHAEL GARTH MOORE**
**MAY 9, 2025**

| DATE | REFERENCE | TIME |
|---|---|---|
| 2/17/22 | T/C JHS | .4 |
| 2/19/22 | Rec. rev Δ counsel R26 report draft, Edits, return | .3 |
| 2/25/22 | Directions TJ re: compilation of # DCS CAR vs exigent removals | .2 |
| 2/27/22 | Exchanges Δ counsel re: R26 report, T/C chambers and further exchanges (n/c); drafting discovery requests (2.2) | 2.2 |
| 2/28/22 | Prep and CMC conference, post conference t/c and exchanges with defense re: dates; t/c chambers and f/u email .6; Review and summarize Stein defense MIDP, continuing drafting DR's 2.2 Review of DCS policies and procedures, scanning Pellerin depos, drafting AZDCS NOD's 1.0 | 3.8 |
| 3/1/22 | Rec, rev Order Me on CMC | .3 |
| 3/3/22 | Exchanges Δ counsel re: mediation | n/c |
| 3/8/22 | T/C Δ counsel re: mediation (.4); report JHS re: facts, status (.9); exchanges Δ counsel (n/c) | 1.3 |
| 3/9/22 | Rec, rev approve DCS subpoena/NOD Krumm, same (.2); exchanges re: mediation (n/c), Review ICHD file (3.1); review CHA/CRT File (.9) | 4.0 |
| 3/10/22 | Rec, rev Doc. 50, stipulate file releases | n/c |
| 3/15/22 | Further exchanges re: mediation (n/c); review ICHD documents, defense disclosed; T/C JHS Re: facts, response to Δ queries about events, prepare memo to Δ counsel on points sought (3.0); Revisions to discovery requests (.3) | 3.3 |
| 3/21/22 | Email Δ counsel re: discovery, DCS depo issues | .3 |
| 4/5/22 | Rec, rev ICHD/ABA files from KBaumgartner, 4 batches, directions TJ (2.2); approve first SDS and materials (.2 | 2.4 |
| 4/12/22 | Exchanges Δ counsel re: Krumm/DCS depos | .3 |

| | | |
|---|---|---|
| 4/13/22 | Research judicial deception, drafting mediation Memo | 3.1 |
| | **TOTAL HOURS** | **21.9** |