# EXHIBIT B

**MICHAEL GARTH MOORE**
**STEIN, ET AL., -V- DEPKE, ET AL.**
**RESPONSES TO ORDER DOC. 332**

| DATE | REFERENCE | TIME |
|---|---|---|
| 5/8/25 | Review time records, preparation of additional time for Green and Reid in conformance with Order Doc. 332 | 5.1 |
| 5/9/25 | Continue preparation materials, drafting supplemental Dec, and Revisions, further review Reid and Green time | 4.1 |
| 5/9/25 | Revisions and final revisions to Green/Reid time, directions to BG | .8 |
| 5/10/25 | Final revisions to Declaration | .3 |
|  | **TOTAL HOURS** | **10.3** |