DISTRICT JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: May 19, 2025 |
| Stein et al v. Depke et al | Case Number: CV-20-00102-TUC-JCH |

Plaintiffs
Stein et al
Attorneys for the Plaintiffs:  Lawrence Wulkan & Michael Moore

Defendants
Depke et al
Attorneys for the Defendants: Mark D Lammers & Patricia Waterkotte

Court Reporter: Anne Meyer
Deputy Clerk: Armida Butler

## MOTION HEARING

Oral argument was heard on Plaintiff's First Motion for Attorney's Fees and Expenses (Doc. 268) as well as Plaintiff's Second Motion for Attorney's Fees and Expenses (Doc. 308).  The Court will issue one final judgment.

Defendants intend to submit their response to Plaintiff's Motion for Assessment of Prejudgment Interest (Doc. 335) and Plaintiff's Motion to Supplement the Record on Plaintiff's First Motion for Attorney Fees and Expenses (Doc. 336) on or before May 27, 2025.

Plaintiffs' will file their final, third application for attorneys' fees incurred in connection with prior fee applications on or before May 27, 2025.

The Court takes UNDER ADVISEMENT the motions filed as Doc. 268 and Doc. 308.  Defendants shall have until May 27, 2025, to submit their supplemental briefing, addressing the motions filed by the Plaintiffs as well as any additional matters they wish to raise. The parties are directed to meet and confer regarding Plaintiffs' third application for attorney's fees and costs, including the appropriate timeframe within which Defendant may file a response. The parties are encouraged to agree on a briefing schedule that minimizes the quantity of briefing provided to the Court.

Motion Hearing:  37 minutes
Start:  10:05 a.m.
Stop:  10:42 a.m.