# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al, | CV-20-00102-TUC-JCH |
| Plaintiff, | |
| v. | **RETURN OF EXHIBIT(S) RECEIPT POST JURY TRIAL** |
| Depke et al, | |
| Defendant. | |

Plaintiff's Exhibits listed below have been returned to Plaintiff(s) by the Courtroom Deputy. Listed exhibits were admitted during the jury trial held on April 22, 2024.

Returned Plaintiff's Admitted Exhibits:

1, 2, 6, 11, 12, 17, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 41, 42, 44, 45, 46, 47, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 64, 65, 68.

Dated: 5/19/2025       By: _____
                           Plaintiff's Counsel Signature