# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stein et al, | CV-20-00102-TUC-JCH |
| Plaintiff, | |
| v. | **RETURN OF EXHIBIT(S) RECEIPT POST JURY TRIAL** |
| Depke et al, | |
| Defendant. | |

Defendant's Exhibits listed below have been returned to Defendant(s) by the Courtroom Deputy. Listed exhibits were admitted during the jury trial held on April 22, 2024.

Returned Defendant's Admitted Exhibits:

101, 102, 103, 105, 106, 108, 109, 110, 113, 114, 115, 116, 117, 118, 120, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 143, 146

Dated: 5/19/2025     By: _____
                         Defendant's Counsel Signature