**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
mrusing@rllaz.com
pwaterkotte@rllaz.com
mdlammers@rllaz.com

Michael J. Rusing
State Bar No. 006617
Patricia V. Waterkotte
State Bar No. 02923
Mark D. Lammers
State Bar No. 010335

*Attorneys for Defendant Lyssa Fregoso*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Justin Stein, et al., | NO. 4:20-cv-00102-JCH |
|---|---|
| Plaintiffs, | **NOTICE OF DISASSOCIATION OF COUNSEL OF PAIGE SCALF AND ATTORNEY WITHDRAWAL** |
| vs. | |
| Alyssa Depke, et al., | (Assigned to Hon. John C. Hinderaker) |
| Defendants. | |

Pursuant to LRCiv. 83.3(b)(4), please take notice that Paige E. Scalf is no longer associated with the firm of Rusing Lopez & Lizardi, PLLC, and will no longer be appearing as counsel. Ms. Scalf should be removed from the distribution list in this case.

Defendant Lyssa Fregoso will continue to be represented by Michael J. Rusing, Patricia V. Waterkotte and Mark D. Lammers of Rusing Lopez & Lizardi, PLLC, who already appear as counsel of record in this matter.

1  DATED this 20th day of May, 2025.

2            RUSING LOPEZ & LIZARDI, P.L.L.C.

3

4            */s/ Patricia V. Waterkotte*
           Michael J. Rusing
           Patricia V. Waterkotte
           Mark D. Lammers
           *Attorneys for Defendant Lyssa Fregoso*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 20th day of May, 2025 via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to the following CM/ECF registrants:

Michael Garth Moore
9040 North Placita Verde
Tucson, Arizona 85704
mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
Alexis J. Eisa (021404)
ZWILLINGER WULKAN PLC
2020 N. Central Ave. Suite 675
Phoenix, Arizona 85004
Tel: 602-962-0089
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com
alexis.eisa@zwfirm.com

*Trial Counsel for Plaintiffs*

By: */s/ J. Harris*

63616083.1

2