**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
mrusing@rllaz.com
pwaterkotte@rllaz.com
mdlammers@rllaz.com

Michael J. Rusing
State Bar No. 006617
Patricia V. Waterkotte
State Bar No. 02923
Mark D. Lammers
State Bar No. 010335

*Attorneys for Defendant Lyssa Fregoso*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Justin Stein, et al., | NO. 4:20-cv-00102-JCH |
|---|---|
| Plaintiffs, | **AMENDED NOTICE OF APPEAL** |
| vs. | (Assigned to Hon. John C. Hinderaker) |
| Alyssa Depke, et al., | |
| Defendants. | |

Defendant/Appellant Lyssa Fregoso ("Fregoso") hereby amends her Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Doc. 306) and in addtion to appealing the Judgment entered on August 13, 2024 (Doc. 300) also appeals the Order Denying Fregoso's Rule 50(b) Motion for Judgment as a Matter of Law (Doc. 329) and the denied portions of the Motion for New Trial (Doc. 330). Fregoso anticipates filing a second amended notice of appeal following entry of the final judgment, which the District Court has advised in Doc. 337 will be forthcoming following completion of the parties' briefing on Plaintiffs' Applications for Attorneys' Fees and Motion for Prejudgment Interest.

The date this case was first filed in this Court was March 11, 2020. All appropriate filing fees were paid by Appellant Lyssa Fregoso. This is not a cross-appeal. A previous interlocutory appeal, Case Number 23-2875, was filed on October 11, 2023 and dismissed April 26, 2024.

A representation statement identifying the parties and their legal counsel is set forth below as required by Ninth-Circuit Rule 3-2(b).

### **REPRESENTATION STATEMENT**

**Name of Appellant:** Lyssa Fregoso

**Name/address/telephone number/email of counsel for the Appellant:**

Michael J. Rusing (mrusing@rllaz.com)
Patricia V. Waterkotte (pwaterkotte@rllaz.com)
Mark D. Lammers (mdlammers@rllaz.com)
Rusing Lopez & Lizardi, P.L.L.C.
6363 N. Swan Road, Ste. 151
Tucson, AZ 85718
Telephone: 520-792-4800
Facsimile: 520-529-4262

All counsel listed above are registered for electronic filing in the Ninth Circuit.

**Name of Appellees:** Jacqueline Stein, Justin Stein, and their minor child, C.O.S.

**Name/address/telephone number/email of counsel for the Appellees:**

Michael Garth Moore
9040 North Placita Verde
Tucson, Arizona 85704
mike@mgmoorelaw.com

Larry J. Wulkan
Jennifer L. Allen
Zwillinger Wulkan PLC
2020 N. Central Avenue, Suite 675
Phoenix, AZ 85004
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

Amended Notice of Appeal(63647516.1)   2

DATED this 22nd day of May, 2025.

RUSING LOPEZ & LIZARDI, P.L.L.C.

*/s/ Patricia V. Waterkotte*
Michael J. Rusing
Patricia V. Waterkotte
Mark D. Lammers
*Attorneys for Defendant Lyssa Fregoso*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 22nd day of May, 2025 via Notice of Electronic Filing, generated and transmitted by the ECF system of the District of Arizona, to the following CM/ECF registrants:

Michael Garth Moore
9040 North Placita Verde
Tucson, Arizona 85704
mike@mgmoorelaw.com

Larry J. Wulkan
Zwillinger Wulkan PLC
2020 N. Central Avenue, Suite 675
Phoenix, AZ 85004
larry.wulkan@zwfirm.com

*Attorneys for Plaintiff*

By:   */s/ Joan Harris*

Amended Notice of Appeal(63647516.1)         3