# EXHIBIT A

Michael Garth Moore (023742)
6336 N. Oracle Rd. Suite 326 #119
Tucson, Arizona 85704
Tel: 520-318-0075
mike@mgmoorelaw.com

Larry J. Wulkan (021404)
Jennifer L. Allen (027941)
**ZWILLINGER WULKAN PLC**
2020 N. Central Ave. Suite 675
Phoenix, Arizona 85004
Tel: 602-962-0089
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | Case No.:  4:20-cv-00102-JCH |
| Plaintiffs, | |
| v. | **LARRY J. WULKAN'S AFFIDAVIT IN SUPPORT OF PLAINTIFFS' THIRD MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| Alyssa Depke, et al., | |
| Defendants. | |

I, Larry J. Wulkan, pursuant to 28 U.S.C. § 1746, swear, under the penalty of perjury, that the following is true and accurate to the best of my knowledge:

1.      I am an attorney duly admitted to practice before this Court. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

2.      My qualifications are extensively discussed in the affidavit I submitted with the plaintiffs' first request for fees and expenses, and that discussion is incorporated herein. *See* Doc. 268-1 at p. 2-4, ¶¶2-5.

3.      In addition to those individuals who were previously identified as having provided substantial assistance to me in connection with this matter, *see* Doc. 268-1 at p. 2-3, ¶7-13 and Doc. 308-1 at p. 2, ¶ 4, I was also assisted (in connection with the work

that is the subject of Plaintiffs' third petition) by Peter Kozinets, Jacqueline Iafrate and Alyssa Ogletree.

4.      Mr. Kozinets is Parter at Zwillinger Wulkan. He has been practicing law for nearly 30 years. He earned his J.D. cum laude from Harvard Law School in 1995. Throughout his distinguished career, he has served in various roles, including as Senior Litigation Counsel at the U.S. Attorney's Office for the District of Arizona and as an Of Counsel member of Steptoe & Johnson PLLC. Mr. Kozinets full biography can be found at  https://www.zwfirm.com/people/peter-s-kozinets.  Mr. Kozinets leads Zwillinger Wulkan's appellate practice and was brought into this case to evaluate the Court's order on remittitur and begin working on the matter, since the defendant has already filed her notice of appeal and, as of the date of this submission, Plaintiffs' answering brief is due in less than two months. Mr. Kozinets is seeking approximately two hours of time in connection with this petition.

5.       Jacqueline M. Iafrate is an associate attorney at Zwillinger Wulkan, where she focuses her practice on commercial litigation and civil rights litigation. She earned her J.D. from Arizona State University's Sandra Day O'Connor College of Law in 2024. Ms. Iafrate interned at the U.S. District Court for the District of Arizona under Judge Stephen McNamee, at the ACLU, and spent a year as a law clerk at a civil litigation defense firm. Ms. Iafrate's full biography can be found at https://www.zwfirm.com/people/jacqueline-m-iafrate.

6.      **Exhibit 1** to this declaration are Zwillinger Wulkan's time entries pertaining to the work which is the subject of Plaintiffs' third petition for fees and expenses.

7.      The billing rates for the Zwillinger Wulkan lawyers, and all paralegals, involved in this case, whose time is the subject of this petition, are for 2024:

| | |
|---|---|
| Larry Wulkan | $450 per hour |
| Jennifer Allen | $375 per hour |

| Peter Silverman | $395 per hour |
| Jacqueline Iafrate | $245 per hour |
| Anne Slawson | $215 per hour |
| Stephanie Dolfini | $175 per hour |

8.    As is customary each year, Zwillinger Wulkan raised its rates in 2025 and the billing rates for the firm's timekeepers who worked on the matter, whose time is the subject of this petition, in 2025 are:

| Larry Wulkan | $525 per hour |
| Peter Kozinets | $525 per hour |
| Peter Silverman | $450 per hour |
| Jacqueline Iafrate | $250 per hour |
| Anne Slawson | $225 per hour |
| Stephanie Dolfini | $175 per hour |

9.    These billing rates are *below market*, given due consideration to the lawyers' and paralegals' abilities, training, education, experience, skill and professional standing, the intricacy and difficulty of the work performed, the time and skill required, the responsibility imposed, and the result obtained. Based on my familiarity with the legal community and past fee petitions, these hourly rates are comparable to the prevailing rates in the community for work of similar complexity requiring specialized expertise.[1]

10.    I have reviewed a detailed chronological breakdown of the legal services provided and the time spent in connection with the handling of this matter. In my opinion, the services set forth in Exhibit 1 were actually, reasonably, and necessarily incurred in

[1] I also received limited assistance by a second year law clerk, Alyssa Ogletree. She is studying at the Sandra Day O'Connor College of Law at Arizona State University where she has distinguished herself and has been recognized as an Outstanding Associate Editor by the Law Journal for Social Justice. Ms. Ogletree's full biography can be found at https://www.zwfirm.com/people/alyssa-m-ogletree. Her billing rate is $175 per hour, which is at the market rate.

3

the prosecution of this case. No time spent on this matter was wasted, inappropriate or unnecessary. The personnel who worked on this matter were not used in a duplicative manner, but in an effort to efficiently manage the breadth and scope of the issues presented in this case.

11.     Moreover, in exercising billing discretion and judgment, deductions were made to account for duplicative, inefficient, or administrative tasks. As part of this billing judgment, I decided not to seek reimbursement of the time value of several timekeepers who were not integral to the work on the case. The total of these deductions is approximately 5.02% of the total amounts being sought in this petition.[2] Additionally, I did not bill for any time preparing this third petition for fees, which took approximately 3 hours.

12.     **Exhibit 2** to this declaration are Mr. Moore's time records for work performed from September 12, 2024 to May 21, 2025. Mr. Moore's qualifications are extensively discussed in the affidavit he submitted with the plaintiffs' first request for fees and expenses, *see* Doc. 268-2 at p. 3, ¶¶4-6, which is incorporated herein.

13.     It is my opinion that all of the requested amount of attorneys' fees and costs/expenses is fair, reasonable, and justified.

14.     I have also reviewed the additional expenses sought in connection with this petition, all of which is recoverable and would typically be billed to clients.

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

/s/ *Larry J. Wulkan*

_____

---

[2] That discount is greater than what is reflected in the "Line Item Discount Subtotal" because timekeepers who worked on the matter, but for whom we are not seeking reimbursement, were not included in the invoice.

4

1
2
3
4
5

Larry J. Wulkan
Jennifer L. Allen
Zwillinger Wulkan PLC
2020 N. Central Ave., Suite 675
Phoenix, Arizona 857004
Telephone: 602-609-3800
larry.wulkan@zwfirm.com
jennifer.allen@zwfirm.com

6
7
8
9

Michael Garth Moore
6336 North Oracle Road Suite 326, No. 119
Tucson, Arizona 85704
Telephone: 520-318-0075
mike@mgmoorelaw.com

10

*Attorneys for Plaintiffs*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1



# Zwillinger Wulkan

2020 N Central Ave Ste 675
Phoenix, AZ 85004

Justin Stein

**Services**

| Date | Timekeeper | Description | Time | Rate | Discount | Total |
|------|-----------|-------------|------|------|----------|-------|
| 09/17/2024 | LJW | Review time entries for billing discretion in connection with second application for fees. | 3.30 | $450.00 | - | $1,485.00 |
| 09/17/2024 | LJW | Call with Mr. Moore to discuss mediation. | 0.40 | $450.00 | - | $180.00 |
| 09/17/2024 | LJW | Finalize second motion for fees and send to Mr. Moore for approval. | 0.30 | $450.00 | - | $135.00 |
| 09/18/2024 | LJW | Email to mediator regarding mediation. | 0.30 | $450.00 | - | $135.00 |
| 09/18/2024 | AMS | Prepare spreadsheet calculator for use in mediation and test same. | 3.20 | $215.00 | - | $688.00 |
| 09/18/2024 | LJW | Call from mediator to discuss mediation dynamics. | 0.80 | $450.00 | - | $360.00 |
| 09/18/2024 | LJW | Conference with Ms. Slawson regarding preparation for settlement conference. | 0.20 | $450.00 | - | $90.00 |
| 09/19/2024 | LJW | Travel to Tucson for mediation. | 2.10 | $450.00 | - | $945.00 |
| 09/20/2024 | LJW | Participate in mediation and drive back to Phoenix. | 9.60 | $450.00 | - | $4,320.00 |
| 09/23/2024 | LJW | Email from and to Mr. Lammers regarding response to fee application and call from Mr. Lammers regarding mediation. | 0.20 | $450.00 | - | $90.00 |
| 09/24/2024 | LJW | Review notice to court regarding mediation. | 0.10 | $450.00 | - | $45.00 |
| 09/24/2024 | LJW | Call with Mr. Moore to discuss mediation and follow up call with Mr. | 0.40 | $450.00 | - | $180.00 |

DRAFT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Lamers. | | | | | |
| 09/26/2024 | LJW | Read order staying appellate proceedings. | 0.20 | $450.00 | | - | $90.00 |
| 10/02/2024 | LJW | Read order ruling on motion to stay. | 0.10 | $450.00 | | - | $45.00 |
| 10/09/2024 | JLA | Provide briefing materials to Ms. Iafrate; review response to fee application; phone call with Mr. Wulkan regarding same; discuss reply with Ms. Iafrate and Mr. Wulkan. | 1.30 | $375.00 | | - | $487.50 |
| 10/09/2024 | JI | Reading pleadings regarding attorneys fees. | 1.00 | $245.00 | | - | $245.00 |
| 10/09/2024 | LJW | Read Defendant's motion for leave to file excess pages. | 0.10 | $450.00 | | - | $45.00 |
| 10/09/2024 | LJW | Read responses to both motions for attorneys' fees. | 0.10 | $450.00 | | - | $45.00 |
| 10/09/2024 | PS | Review briefing on the fees request for purposes of preparing the reply. | 0.70 | $395.00 | | - | $276.50 |
| 10/09/2024 | PS | Conference with Mr. Wulkan and Ms. Iafrate to discuss the fee application reply. | 0.30 | $395.00 | | - | $118.50 |
| 10/09/2024 | JI | Begin drafting reply in support of motion for attorneys' fees. | 0.10 | $245.00 | | - | $24.50 |
| 10/09/2024 | JI | Research billing rates. | 0.70 | $245.00 | | - | $171.50 |
| 10/09/2024 | LJW | Instructions to Mr. Silverman and Ms. Iafrate regarding reply to fee application. | 0.40 | $450.00 | | - | $180.00 |
| 10/09/2024 | JI | Meeting with Mr. Wulkan and Mr. Silverman to discuss strategy for drafting reply for a motion in support of attorneys' fees. | 0.40 | $245.00 | | - | $98.00 |
| 10/09/2024 | PS | Research and review case law for reply in support of fee application. | 1.30 | $395.00 | | - | $513.50 |
| 10/09/2024 | BT | Review incoming docketing reminders, upcoming events and deadlines for case management purposes. | 0.10 | $195.00 | 100.0% | | $0.00 |
| 10/10/2024 | JI | Research regarding claim counting for reply supporting motion for fees. | 0.30 | $245.00 | | - | $73.50 |
| 10/10/2024 | JI | Draft outline of reply in support of motion for attorneys' fees. | 0.60 | $245.00 | | - | $147.00 |
| 10/10/2024 | JI | Begin drafting sections of reply | 1.50 | $245.00 | | - | $367.50 |

| | | motion in support of attorneys' fees. | | | | |
|---|---|---|---|---|---|---|
| 10/10/2024 | JI | Discuss with Mr. Silverman status of draft of reply motion in support of attorneys' fees and agree on time to meet later to discuss next steps. | 0.10 | $245.00 | 100.0% | $0.00 |
| 10/10/2024 | JI | Read Mr. Moore's notes regarding the reply in support of the motion for attorneys' fees and costs. | 0.20 | $245.00 | - | $49.00 |
| 10/10/2024 | PS | Continue to read and evaluate the briefing on attorneys' fees for purposes of reply. | 1.30 | $395.00 | - | $513.50 |
| 10/10/2024 | PS | Research case law for the reply brief on attorneys' fees and costs. | 1.40 | $395.00 | - | $553.00 |
| 10/10/2024 | PS | Review comments from Mr. Moore regarding the reply brief concerning attorneys' fees and costs. | 0.40 | $395.00 | - | $158.00 |
| 10/11/2024 | JI | Meet with Mr. Wulkan and Mr. Silverman regarding strategy of reply brief in support of attorneys' fees. | 0.50 | $245.00 | - | $122.50 |
| 10/11/2024 | LJW | Draft motion for extension of time regarding reply in support of motion for summary judgment (.3); email Mr. Lammers regarding same (.2); instructions to Mr. Silverman and Ms. Iafrate regarding points to address in reply brief (.4). | 0.90 | $450.00 | - | $405.00 |
| 10/11/2024 | SD | Email L. Wulkan re draft unopposed motion for filing. | 0.10 | $175.00 | 100.0% | $0.00 |
| 10/11/2024 | SD | Email to L. Wulkan attaching proposed order to Extend Time to File Reply ISO Motion for Fees and Expenses. | 0.10 | $175.00 | 100.0% | $0.00 |
| 10/11/2024 | SD | Draft Proposed Order re Motion to Extend Time for Reply ISO Motions for Fees and Expenses. | 0.10 | $175.00 | 100.0% | $0.00 |
| 10/11/2024 | PS | Meeting with Mr. Wulkan and Ms. Iafrate regarding reply brief in support of fees motions. | 0.40 | $395.00 | - | $158.00 |
| 10/11/2024 | LJW | Read Defendants' replies in support of motion for new trial and renewed motion for judgment as a matter of law. | 1.10 | $450.00 | - | $495.00 |
| 10/11/2024 | SD | Email to Judge Hinderaker attaching Unopposed Motion to Extend and corresponding proposed order. | 0.10 | $175.00 | - | $17.50 |

| 10/13/2024 | PS | Research and evaluate case law regarding block billing, attorney fee rates, and successful parties. | 1.70 | $395.00 | - | $671.50 |
|---|---|---|---|---|---|---|
| 10/13/2024 | PS | Work on outline for sections of reply brief on fees and costs. | 0.60 | $395.00 | - | $237.00 |
| 10/14/2024 | JI | Research attorney rates in Arizona to include as support in plaintiffs' reply in support of attorneys' fees. | 1.20 | $245.00 | - | $294.00 |
| 10/14/2024 | JI | Drafting detailed outline of reply pertaining to rates. | 0.60 | $245.00 | - | $147.00 |
| 10/14/2024 | JI | Discuss with Mr. Silverman status of outline and strategy to begin drafting. | 0.10 | $245.00 | - | $24.50 |
| 10/14/2024 | JI | Continue drafting reply in support of plaintiffs' motion for attorneys' fees. | 2.50 | $245.00 | - | $612.50 |
| 10/14/2024 | JI | Continue researching billing rates in the relevant community of the district of Arizona. | 0.60 | $245.00 | 100.0% | $0.00 |
| 10/14/2024 | JI | Discuss with Mr. Silverman the status of reply in support of plaintiffs' motion for attorneys' fees and hand off draft for edits. | 0.10 | $245.00 | - | $24.50 |
| 10/14/2024 | PS | Research case law and secondary sources regarding hourly attorney rates and how courts evaluate successful versus unsuccessful claims. | 1.80 | $395.00 | - | $711.00 |
| 10/15/2024 | JI | Continue drafting reply in support of plaintiffs' motion for attorneys' fees. | 1.00 | $245.00 | - | $245.00 |
| 10/15/2024 | JI | Discuss with Mr. Wulkan which documents are relevant to compile case timeline for use in reply in support of plaintiffs' motion for attorneys' fees. | 0.10 | $245.00 | - | $24.50 |
| 10/15/2024 | JLA | Discuss arguments for response to fee application with Mr. Silverman. | 0.20 | $375.00 | 100.0% | $0.00 |
| 10/15/2024 | JI | Discuss with Mr. Silverman next steps. | 0.10 | $245.00 | - | $24.50 |
| 10/15/2024 | JI | Discuss with Mr. Silverman our thoughts on how the argument may flow together. | 0.20 | $245.00 | - | $49.00 |
| 10/15/2024 | JI | Research cases frequently cited in opposing counsel's brief and reporting findings to Mr. Silverman. | 0.40 | $245.00 | - | $98.00 |

| 10/15/2024 | JI | Discuss with Mr. Silverman how we plan to divide the remaining work on the reply in support of plaintiffs motion for attorneys' fees. | 0.40 | $245.00 | 100.0% | $0.00 |
|---|---|---|---|---|---|---|
| 10/15/2024 | PS | Conferences with Ms. Iafrate to discuss reply in support of fees application. | 0.40 | $395.00 | - | $158.00 |
| 10/15/2024 | PS | Review filings in the case and pertinent court orders for discussion of the relationship between the Steins' claim for judicial deception and unconstitutional removal. | 1.20 | $395.00 | - | $474.00 |
| 10/15/2024 | JI | Continue drafting reply in support of plaintiffs' motion for attorneys' fees. | 1.00 | $245.00 | - | $245.00 |
| 10/15/2024 | PS | Call with Mr. Wulkan to discuss strategy for reply in support of fees application. | 0.60 | $395.00 | - | $237.00 |
| 10/15/2024 | PS | Meetings with Ms. Iafrate to discuss strategy for reply in support of fees application. | 0.40 | $395.00 | - | $158.00 |
| 10/15/2024 | PS | Review and evaluate case law cited by Fregoso in her response to the fees application. | 1.20 | $395.00 | - | $474.00 |
| 10/15/2024 | PS | Review Fregoso's color coding of Plaintiff's attorney entries. | 0.40 | $395.00 | - | $158.00 |
| 10/15/2024 | PS | Continue drafting reply in support of application for fees and costs. | 0.90 | $395.00 | - | $355.50 |
| 10/15/2024 | PS | Review emails from Mr. Moore with his input for the reply in support of the Steins' application for fees and costs. | 0.30 | $395.00 | - | $118.50 |
| 10/16/2024 | JI | Continue drafting reply in support of plaintiffs' motion for attorneys' fees. | 2.50 | $245.00 | - | $612.50 |
| 10/16/2024 | JI | Find relevant portion of Defendants' reply and sending to Mr. Silverman to use in support of an argument. | 0.10 | $245.00 | 100.0% | $0.00 |
| 10/16/2024 | JI | Email correspondence with Mr. Wulkan regarding previous fee awards to include in reply brief. | 0.10 | $245.00 | - | $24.50 |
| 10/16/2024 | JI | Discuss with Ms. Allen question regarding approach to crafting certain argument in reply brief. | 0.10 | $245.00 | 100.0% | $0.00 |
| 10/16/2024 | JI | Finish drafting delegated section of the reply in support of plaintiffs' attorneys fees. | 0.30 | $245.00 | - | $73.50 |

| 10/16/2024 | JI | Discuss with Mr. Silverman next steps. | 0.10 | $245.00 | 100.0% | $0.00 |
|---|---|---|---|---|---|---|
| 10/16/2024 | JI | Case research for Mr. Silverman to include in his argument for the reply in support of plaintiffs' motion for attorneys' fees. | 0.30 | $245.00 | - | $73.50 |
| 10/16/2024 | JI | Discuss with Mr. Silverman assignment of compiling timeline of claims. | 0.10 | $245.00 | - | $24.50 |
| 10/16/2024 | JI | Creating timeline for Mr. Silverman to use in drafting. | 0.70 | $245.00 | - | $171.50 |
| 10/16/2024 | JI | Discuss with Mr. Silverman assignment of going through fee application to further establish timeline. | 0.10 | $245.00 | - | $24.50 |
| 10/16/2024 | JI | Read through billing entries to help determine timeline. | 0.10 | $245.00 | - | $24.50 |
| 10/16/2024 | JI | Locate documents Mr. Silverman requested to support reply in support of plaintiffs' attorneys fees. | 0.40 | $245.00 | 100.0% | $0.00 |
| 10/16/2024 | PS | Call with Mr. Wulkan to discuss the reply in support of Plaintiffs' application for fees and costs. | 0.30 | $395.00 | - | $118.50 |
| 10/16/2024 | PS | Call with Mr. Moore to discuss the Plaintiffs' causes of action in the case and to discuss the reply in support of Plaintiffs' application for fees and costs. | 0.30 | $395.00 | - | $118.50 |
| 10/16/2024 | PS | Review the case file to identify the Plaintiffs' causes of action to develop argument about claim counting for the reply in support of Plaintiffs' application for fees and costs. | 0.50 | $395.00 | - | $197.50 |
| 10/16/2024 | PS | Continue drafting the reply in support of Plaintiffs' application for fees and costs, focusing on claim counting. | 3.30 | $395.00 | - | $1,303.50 |
| 10/17/2024 | JI | Drafting reply in support of plaintiffs' motion for attorneys' fees. | 1.10 | $245.00 | - | $269.50 |
| 10/17/2024 | JI | Researching LRCiv 54.2(e)(3) and drafting relevant section in reply brief. | 0.80 | $245.00 | - | $196.00 |
| 10/17/2024 | JI | Coordinate with Mr. Silverman next steps for reply. | 0.20 | $245.00 | 100.0% | $0.00 |
| 10/17/2024 | JI | Reading Mr. Moore's notes regarding reply brief. | 0.20 | $245.00 | 100.0% | $0.00 |

| 10/17/2024 | JI | Editing reply brief following discussions with Mr. Silverman and Mr. Moore. | 0.30 | $245.00 | - | $73.50 |
| 10/17/2024 | JI | Discuss with Mr. Silverman questions that arose upon drafting certain portions of reply brief. | 0.10 | $245.00 | - | $24.50 |
| 10/17/2024 | JI | Phone call with Mr. Moore regarding his supportive memo and billing rates. | 0.10 | $245.00 | - | $24.50 |
| 10/17/2024 | JI | Edit section of reply brief. | 0.30 | $245.00 | 100.0% | $0.00 |
| 10/17/2024 | PS | Continue working on draft of reply in support of Plaintiffs' application for fees and costs. | 3.80 | $395.00 | - | $1,501.00 |
| 10/17/2024 | PS | instructions to Ms. Iafrate regarding research required for reply in support of Plaintiffs' application for fees and costs. | 0.40 | $395.00 | - | $158.00 |
| 10/18/2024 | JI | Editing reply brief. | 0.40 | $245.00 | - | $98.00 |
| 10/18/2024 | JI | Discuss with Mr. Silverman strategy of completing reply brief and assignment of research regarding expenses. | 0.20 | $245.00 | 100.0% | $0.00 |
| 10/18/2024 | JI | Researching expenses and costs in regards to a fee application. | 0.80 | $245.00 | - | $196.00 |
| 10/18/2024 | JI | Reading Mr. Silverman's portion of reply brief. | 0.20 | $245.00 | - | $49.00 |
| 10/18/2024 | JI | Discuss with Mr. Silverman case law. | 0.20 | $245.00 | 100.0% | $0.00 |
| 10/18/2024 | JI | Highlight requested authorities for Mr. Silverman. | 0.20 | $245.00 | - | $49.00 |
| 10/18/2024 | PS | Continue drafting the reply in support of Plaintiffs' motions for attorneys' fees and expenses. | 1.40 | $395.00 | - | $553.00 |
| 10/20/2024 | PS | Continue drafting the reply in support of Plaintiffs' motions for attorneys' fees and expenses. | 3.10 | $395.00 | - | $1,224.50 |
| 10/21/2024 | JI | Discuss with Mr. Silverman status of reply brief. | 0.10 | $245.00 | - | $24.50 |
| 10/21/2024 | SD | Read and review Order Setting Assessment Conference and rules Fed.R.App.P.33 / Ninth Cir. R. 33-1 related to the ninth circuit mediation program. | 0.50 | $175.00 | 100.0% | $0.00 |
| 10/21/2024 | JI | Discuss with Mr. Silverman question | 0.10 | $245.00 | - | $24.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | regarding one of the Kerr factors and research assignment. | | | | | |
| 10/21/2024 | PS | Call with Mr. Moore to discuss background facts for the reply in support of Plaintiffs' motions for attorneys' fees and costs. | 0.20 | $395.00 | | - | $79.00 |
| 10/21/2024 | PS | Continue to draft reply in support of Plaintiffs' motions for attorneys' fees and costs. | 5.90 | $395.00 | | - | $2,330.50 |
| 10/21/2024 | LJW | Email to Ninth Circuit Mediator requesting mediation assessment conference be vacated. | 0.10 | $450.00 | | - | $45.00 |
| 10/22/2024 | JI | Researching the effect of the length of the attorney client relationship on an award of attorneys fees. | 0.30 | $245.00 | | - | $73.50 |
| 10/22/2024 | JI | Email correspondence with clients and Mr. Zwillinger regarding meeting time for updates on case. | 0.10 | $245.00 | | - | $24.50 |
| 10/22/2024 | JI | Email correspondence with Mr. Silverman and Mr. Wulkan regarding draft. | 0.10 | $245.00 | 100.0% | | $0.00 |
| 10/22/2024 | JI | Read and review completed first draft of reply brief in comparison to defendants' response. | 0.30 | $245.00 | | - | $73.50 |
| 10/22/2024 | LJW | Revise reply in support of motion for fees. | 0.90 | $450.00 | | - | $405.00 |
| 10/22/2024 | PS | Complete draft of reply in support of Plaintiffs' application for attorneys' fees and expenses. | 4.40 | $395.00 | | - | $1,738.00 |
| 10/22/2024 | PS | Call with Mr. Wulkan regarding reply in support of Plaintiffs' application for attorneys' fees and expenses. | 0.20 | $395.00 | | - | $79.00 |
| 10/23/2024 | PS | Work in some of Mr. Wulkan's revisions to the draft of the reply in support of Plaintiffs' application for attorneys' fees and expenses. | 0.40 | $395.00 | | - | $158.00 |
| 10/23/2024 | PS | Email exchange with Mr. Moore regarding the draft reply in support of Plaintiffs' application for attorneys' fees and expenses. | 0.20 | $395.00 | | - | $79.00 |
| 10/23/2024 | JI | Discuss with Mr. Silverman reply brief. | 0.20 | $245.00 | 100.0% | | $0.00 |
| 10/23/2024 | PS | Conference with Ms. Iafrate regarding the draft reply in support of Plaintiffs' | 0.30 | $395.00 | 100.0% | | $0.00 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| | | motions for attorneys' fees and costs. | | | | |
| 10/24/2024 | PS | Call with Mr. Wulkan to discuss reply in support of Plaintiffs' application for fees and expenses. | 0.20 | $395.00 | 100.0% | $0.00 |
| 10/24/2024 | PS | Calls with Mr. Moore regarding fee argument in the reply in support of Plaintiffs' motions for fees and expenses. | 0.20 | $395.00 | - | $79.00 |
| 10/24/2024 | JI | Email correspondence from Mr. Moore regarding an addition to the reply brief. | 0.10 | $245.00 | - | $24.50 |
| 10/24/2024 | SD | Review and format Reply in support of First and Second Motions for Attorneys' Fees and Expenses for filing. | 0.50 | $175.00 | 100.0% | $0.00 |
| 10/24/2024 | LJW | Read Defendant's Notice of Errata (.1); call with Mr. Moore regarding final revisions to reply in support of motion for fees (.2). | 0.30 | $450.00 | - | $135.00 |
| 10/24/2024 | PS | Make final revisions to reply in support of Plaintiffs' motions for fees and expenses. | 0.90 | $395.00 | - | $355.50 |
| 10/31/2024 | AMS | Load trial transcripts in Casemap. | 0.30 | $215.00 | - | $64.50 |
| 11/06/2024 | LJW | Email from and to Mr. Moore regarding Ninth Circuit assessment conference. | 0.10 | $450.00 | - | $45.00 |
| 02/07/2025 | LJW | Research and report to clients on timing of rulings. | 0.40 | $525.00 | - | $210.00 |
| 03/13/2025 | LJW | Email from and to Ms. Lignoski regarding update on probate matter. | 0.10 | $525.00 | - | $52.50 |
| 03/21/2025 | LJW | Read order from court regarding exhibits and coordinate with Mr. Moore regarding same. | 0.20 | $525.00 | - | $105.00 |
| 03/21/2025 | AMS | Review correspondence from Mr. Wulkan regarding court order; review court order; review exhibit lists; telephone call with Mr. Wulkan regaring same; review correspondence from Mr. Wulkan regarding findings. | 0.20 | $225.00 | - | $45.00 |
| 04/25/2025 | LJW | Read court's orders on pending motions (1.7); call with Mr. Moore regarding same (.4); call with Mr. Stein regarding same (.4); call with Ms. Stein regarding same (.6); | 3.80 | $525.00 | - | $1,995.00 |

| | | research standards on remittitur (.7). | | | | |
|---|---|---|---|---|---|---|
| 04/26/2025 | LJW | Research appellate options for remittitur. | 1.90 | $525.00 | - | $997.50 |
| 04/28/2025 | AMS | Review order on remittitur; review order on motion for judgment as matter of law. | 0.30 | $225.00 | - | $67.50 |
| 04/28/2025 | AO | Review remittitur order | 0.70 | $175.00 | - | $122.50 |
| 04/28/2025 | JI | Read order regarding motion for remittitur. | 0.40 | $250.00 | - | $100.00 |
| 04/28/2025 | JI | Meet with Mr. Wulkan and Mr. Kozinets to discuss next steps following order for remittitur; call with Mike to discuss same. | 1.20 | $250.00 | - | $300.00 |
| 04/28/2025 | LJW | Continue to study court's ruling and consider whether post-October 17 damages will be permitted for CS's claim. | 2.40 | $525.00 | - | $1,260.00 |
| 04/28/2025 | PK | Review Order Re: Motion for New Trial or Remittitur (0.3); meeting with Mr. Wulkan, Mr. Moore, and Ms. Iafrate regarding analysis of order, issues for further research, potential motion for reconsideration or other briefing regarding new damages trial, and other potential next steps (1.0). | 1.30 | $525.00 | - | $682.50 |
| 04/28/2025 | AO | Research remittitur and Rule 59 of the FRCP generally | 1.50 | $175.00 | - | $262.50 |
| 04/29/2025 | JI | Research damages awards for unlawful removal of children from their parents. | 2.10 | $250.00 | - | $525.00 |
| 04/29/2025 | LJW | Prepare for and have call with client to discuss next steps. | 1.10 | $525.00 | - | $577.50 |
| 04/29/2025 | JI | Read and respond to email correspondence with Mr. Wulkan regarding clarification on research assignment. | 0.10 | $250.00 | - | $25.00 |
| 04/29/2025 | JI | Read and respond to email correspondence from Mr. Wulkan requesting research on prejudgment interest. | 0.10 | $250.00 | - | $25.00 |
| 04/29/2025 | JI | Research prejudgment interest and whether Plaintiff is entitled to it here. | 1.30 | $250.00 | - | $325.00 |
| 04/30/2025 | JI | Research pre-judgment and post-judgment interest and whether it | 0.70 | $250.00 | - | $175.00 |

| | | applies here. | | | | |
|---|---|---|---|---|---|---|
| 04/30/2025 | JI | Research damages awards to children unlawfully removed from parents' home. | 1.50 | $250.00 | - | $375.00 |
| 04/30/2025 | LJW | Multiple emails with court regarding rescheduling hearing on fees. | 0.10 | $525.00 | - | $52.50 |
| 04/30/2025 | AO | Research issue of remittitur | 3.20 | $175.00 | - | $560.00 |
| 04/30/2025 | JI | Email correspondence to Mr. Wulkan and Mr. Kozinets with conducted research on comparable damages awards. | 0.10 | $250.00 | - | $25.00 |
| 04/30/2025 | JI | Continue researching prejudgment interest under federal law. | 1.10 | $250.00 | - | $275.00 |
| 04/30/2025 | LJW | Multiple emails with Mr. Stein regarding decision to accept remittitur.. | 0.30 | $525.00 | - | $157.50 |
| 04/30/2025 | JI | Read and respond to email correspondence from Mr. Wulkan regarding length of child's separation from parents in particular case. | 0.10 | $250.00 | - | $25.00 |
| 05/01/2025 | JI | Draft research findings on prejudgment interest and send same to Mr. Wulkan. | 0.60 | $250.00 | - | $150.00 |
| 05/01/2025 | LJW | Call from Mr. Moore regarding next steps (.4); call with Ms. Stein regarding same (.9). | 1.30 | $525.00 | - | $682.50 |
| 05/01/2025 | LJW | Review memorandum regarding prejudgment interest. | 0.20 | $525.00 | - | $105.00 |
| 05/01/2025 | LJW | Perform initial pre-judgment interest calculation and email Mr. Moore regarding same. | 0.30 | $525.00 | - | $157.50 |
| 05/01/2025 | JI | Further research on prejudgment interest following remittitur and timeliness of motion. | 2.00 | $250.00 | - | $500.00 |
| 05/01/2025 | JI | Draft research findings on prejudgment interest timeliness and remittitur. | 0.50 | $250.00 | - | $125.00 |
| 05/02/2025 | LJW | Read court's order regarding supplemental information being requested about fees and conversation with Mr. Moore about next steps regarding same. | 0.40 | $525.00 | - | $210.00 |
| 05/02/2025 | JI | Further research on prejudgment | 0.70 | $250.00 | - | $175.00 |

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| | | interest and synthesize same. | | | | |
| 05/05/2025 | JI | Further research on when prejudgment interest begins to accrue; synthesize findings in email correspondence to Mr. Wulkan. | 1.00 | $250.00 | - | $250.00 |
| 05/05/2025 | LJW | Review research on pre-judgment interest and instructions to Ms. Iafrate regarding same (.3); call to Ms. Stein regarding moving forward/left a message (.1). | 0.40 | $525.00 | - | $210.00 |
| 05/05/2025 | JI | Read and respond to email correspondence from Mr. Wulkan regarding motion for prejudgment interest. | 0.10 | $250.00 | - | $25.00 |
| 05/05/2025 | JI | Draft motion for prejudgment interest. | 1.50 | $250.00 | - | $375.00 |
| 05/05/2025 | JI | Email correspondence to Ms. Thaler and Ms. Slawson requesting example of motion for prejudgment interest. | 0.10 | $250.00 | - | $25.00 |
| 05/06/2025 | JI | Draft motion for prejudgment interest; research case law to supplement same. | 2.80 | $250.00 | - | $700.00 |
| 05/06/2025 | LJW | Call with Ms. Stein regarding accepting the remittitur (.2); call with Mr. Stein regarding same (.1); call with Mr. Stein regarding same (.1); instructions to Ms. Iafrate regarding drafting notice (.1). | 0.50 | $525.00 | - | $262.50 |
| 05/06/2025 | JI | Discuss with Mr. Wulkan questions regarding motion for prejudgment interest. | 0.20 | $250.00 | - | $50.00 |
| 05/07/2025 | JI | Continue drafting and supplementing with research the motion for prejudgment interest. | 4.70 | $250.00 | - | $1,175.00 |
| 05/07/2025 | JI | Edit motion for prejudgment interest; email correspondence to Mr. Silverman with same attached for edits. | 0.60 | $250.00 | - | $150.00 |
| 05/08/2025 | JI | Edit motion for prejudgment interest. | 0.70 | $250.00 | - | $175.00 |
| 05/08/2025 | JI | Discuss with Mr. Silverman edits to motion for prejudgment interest; apply edits to same; email correspondence to Mr. Wulkan regarding same. | 0.30 | $250.00 | - | $75.00 |
| 05/08/2025 | PS | Review draft of motion for prejudgment interest (.2); confer with Ms. Iafrate regarding same (.1). | 0.40 | $450.00 | - | $180.00 |

| 05/08/2025 | JI | Draft motion to accept remittitur and proposed order; email correspondence to Mr. Wulkan with same attached for his review. | 0.30 | $250.00 | - | $75.00 |
|---|---|---|---|---|---|---|
| 05/08/2025 | JI | Discuss with Mr. Wulkan case law surrounding prejudgment interest motion. | 0.20 | $250.00 | - | $50.00 |
| 05/08/2025 | JI | Further research on prejudgment interest following Mr. Wulkan's request for string cite on same. | 0.90 | $250.00 | - | $225.00 |
| 05/08/2025 | LJW | Revise notice of acceptance of remittitur (.2); draft proposed form of judgment and lodging of same (.4); revise motion for prejudgment interest (1.1). | 1.80 | $525.00 | - | $945.00 |
| 05/09/2025 | JI | Read and respond to email correspondence with Mr. Wulkan and Mr. Moore discussing timeliness of prejudgment interest motion and send research regarding same. | 0.10 | $250.00 | - | $25.00 |
| 05/09/2025 | JI | Draft email correspondence to Mr. Wulkan explaining research on finality of judgments before filing rule 59 motion. | 0.50 | $250.00 | - | $125.00 |
| 05/09/2025 | LJW | Brief research regarding prejudgment interest calculation. | 0.30 | $525.00 | - | $157.50 |
| 05/09/2025 | LJW | Revise proposed form of judgment to include Rule 54(b) language. | 0.20 | $525.00 | - | $105.00 |
| 05/09/2025 | JI | Review final versions of motion for prejudgment interest and acceptance of remittitur. | 0.10 | $250.00 | - | $25.00 |
| 05/09/2025 | SD | Review and formant Notice of Acceptance of Remittitur and proposed final judgment and file with the district Court; save conformed copy in client file. | 0.50 | $175.00 | 100.0% | $0.00 |
| 05/09/2025 | SD | Email to Judge Hinderaker attaching Notice of Acceptance of Remittitur and proposed final judgment. | 0.10 | $175.00 | - | $17.50 |
| 05/09/2025 | LJW | Correspondence with Mr. Moore about preparing for hearing on fees. | 0.20 | $525.00 | - | $105.00 |
| 05/12/2025 | LJW | Begin gathering materials for review in connection with oral argument on fees. | 0.60 | $525.00 | - | $315.00 |
| 05/13/2025 | JI | Update motion for prejudgment | 0.50 | $250.00 | - | $125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | interest following Mr. Moore's notes; email correspondence to Mr. Moore and Mr. Wulkan outlining same. | | | | |
| 05/13/2025 | SD | Prepare draft proposed order granting Motion for Assessment of Prejudgment Interest. | 0.10 | $175.00 | - | $17.50 |
| 05/13/2025 | SD | Email to Judge Hinderaker attaching Motion for Assessment of Prejudgment Interest and proposed order | 0.10 | $175.00 | - | $17.50 |
| 05/15/2025 | LJW | Call with Mr. Moore to discuss oral argument topics (.3); call from Mr. Lammers regarding settlement (.2); begin preparing for oral argument by reviewing filings in connections with fees (1.9). | 2.50 | $525.00 | - | $1,312.50 |
| 05/15/2025 | LJW | Draft comprehensive email to client about settlement offer, outstanding motions for fees, outstanding motion for prejudgment interest and provide recommendations based on the same. | 0.60 | $525.00 | - | $315.00 |
| 05/17/2025 | LJW | Prepare for oral argument on fees. | 1.90 | $525.00 | - | $997.50 |
| 05/18/2025 | LJW | Travel to Tucson for oral argument. | 1.90 | $525.00 | - | $997.50 |
| 05/18/2025 | LJW | Prepare for oral argument on fees. | 2.40 | $525.00 | - | $1,260.00 |
| 05/19/2025 | LJW | Conclude preparation for oral argument on fees. | 2.40 | $525.00 | - | $1,260.00 |
| 05/19/2025 | LJW | Attend hearing on motion for attorney's fees. | 1.20 | $525.00 | - | $630.00 |
| 05/19/2025 | LJW | Travel back to Phoenix. | 2.20 | $525.00 | - | $1,155.00 |
| 05/20/2025 | LJW | Read order from Ninth Cir. regarding lifting the stay. | 0.20 | $525.00 | - | $105.00 |
| 05/20/2025 | SD | Prepare Transcript Request for May 19, 2025 oral argument and research cost per page. | 0.20 | $175.00 | - | $35.00 |

|  |  |
|---|---|
| **Line Item Discount Subtotal** | **-$1,391.00** |
| **Services Subtotal** | **$58,092.00** |

## Expenses

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 09/23/2024 | Hotel Expense: Arizona Inn * Hotel Expense * 09/19/24-09/20/24 * Larry Wulkan | 1.00 | $264.50 | $264.50 |
| 05/19/2025 | Hotel Expense: Double Tree * Hotel Expense * 05/18/25-05/19/25 * Larry Wulkan | 1.00 | $217.71 | $217.71 |
| | | | **Expenses Subtotal** | **$482.21** |
| | | | **Subtotal** | **$58,574.21** |
| | | | **Total** | **$58,574.21** |

# EXHIBIT 2

**STATEMENT OF TIME**
**MICHAEL GARTH MOORE**
**STEIN, ET AL., -V- DEPKE, ET AL.**
**9.12.2024 - 5.21.2025***

| DATE | REFERENCE | TIME |
|---|---|---|
| 9/12/2024 | Email BG | .1 |
| 9/20/2024 | Mediation conference | .5 |
| 10/10/2024 | Review, research, summarizing and memorializing responses to Defendant's response to fee motion, Doc. 315 3.1, Drafting Reply Declaration 1.2, email LW .1 | 4.4 |
| 10/11/2024 | Research and writing on reply to defendant's response fee motion 2.5 | 2.5 |
| 10/12/2024 | Research and writing on reply to defendant's response fee motion 3.0 | 3.0 |
| 11/21/2024 | Research Prejudgment interest, email LW re: same | 2.1 |
| 1/27/2025 | Email LW | .1 |
| 3/22/2025 | Email Courtroom Deputy | .2 |
| 3/23/2025 | Email J. Stein | .1 |
| 3/26/2025 | To USDC, return exhibits | 1.0 |
| 4/26/2025 | Review Doc. 329, 330 Orders MJMOL, MNT | .3 |
| 4/28/2025 | Review, research, further research, PJI, email, re: report LW | 1.0 |
| 4/29/2025 | Research and drafting Motion PJI 1.5, Mtg. LW 1.0, Meet video JHS and LW, review all, decisions 1.0; exchanges LW .2, Email MT/SA .2; exchanges financiers re: interest rates .3 | 4.2 |
| 4/30/2025 | T/C KBaumgartner, review trial testimony and CS damages, report LW/JHS; exchange JHS re: remittitur | .7 |
| 5/1/2025 | Rec, rev remittitur, research for LW .2, further discussions LW re: same .2; exchange LW re: PJI rate calculation .2 | .6 |
| 5/2/2025 | Further research PJI Fwd. Erhart, declaration to LW | .5 |
| 5/8/2025 | Review LW proposed remittitur, Fwd. judgment, comments | .3 |
| 5/9/2025 | Rec, rev LW draft motion PJI, comments and edits, research rules 59, 50 same | 1.6 |
| 5/12/2025 | Email exchanges LW | .3 |
| 5/13/2025 | Rec. rev final motion PJI fwd. LW/JIafurate, approve .2, draft MFL to supplement fee motion .6 | .8 |
| 5/14/2025 | Draft Notes for 5/15 Conference on fee motion | .8 |
| 5/15/2025 | Conf. LW re: Status of Case, review numbers | .4 |
| 5/16/2025 | T/C JHS re: Status of case, Settlement question, f/u emails re: same | .7 |
| 5/17/2025 | Further Research Fee Issue Rares, draft comments to LW | .5 |
| 5/19/2025 | To USDC, conf. LW, Oral argument, return 1.8; Email JHStein .1 | 1.9 |
| 5/20/2025 | Rec, rev order Doc. 9th Circuit, research Appellate jurisdiction, exchange LW re: Strategy | .3 |
| 5/21/2025 | Review BG compilation of time, make additional entries, corrections | 2.1 |
| | **Total Time** | **31.0** |

*Chart does not include 10.3 hours previously submitted as Doc. 336-2, Exhibit B

**Legend:**

Rec., Rev, Fwd.: Receive, review, forward

Δ Counsel: Defense Counsel

OC: Opposing Counsel

PL: Plaintiffs

AP: Amber Pierides

TJ: Tricia Jochum

BG: Beth Gasior

LW: Larry Wulkan

JA: Jennifer Allen

ACP: Attorney-Client Privilege

WPP: Work-product Privilege

Case 4:20-cv-00102-JCH Document 268-2 Filed 07/15/24 Page 33 of 34

MSJ: Motion for Summary Judgment

MPSJ: Motion for Partial Summary Judgment

MP&A Memorandum of Points & Authorities

MTD: Motion to Dismiss

MTC: Motion to Compel Discovery

MFL: Motion for Leave to File

M&C: Meet & Confer

MC: Memorandum Contra

PJI: Prejudgment Interest

MJMOL: Motion for Judgment as a Matter of Law

MTN: Motion for New Trial