**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Justin Stein, et al.,

Plaintiffs,

v.

Alyssa Depke, et al.,

Defendants.

No. CV-20-00102-TUC-JCH

**AMENDED JUDGMENT**

This action came before the Court for a trial by jury commencing on April 22, 2024. The issues have been heard and on May 3, 2024, the jury rendered a unanimous verdict (Doc. 244). The Court amends the previous Judgment (Doc. 300), entered August 13, 2024, as follows:

**IT IS ORDERED AND ADJUDGED:**

1. Judgment is entered in favor of Plaintiffs Jacqueline Stein, Justin Stein, and C.S., and against Defendant Lyssa Fregoso.

2. Pursuant to the foregoing jury verdict on damages, judgment is entered in favor of Plaintiff Jacqueline Stein and against Lyssa Fregoso in the amounts of $184,800.00 in compensatory damages and $33,333 in punitive damages.

3. Pursuant to the foregoing jury verdict on damages, judgment is entered in favor of Plaintiff Justin Stein and against Defendant Lyssa Fregoso in the amounts of $312,000.00 in compensatory damages and $33,333 in punitive damages.

4. Pursuant to the foregoing jury verdict on damages and Plaintiffs' acceptance

of remittitur, judgment is entered in favor of Plaintiff C.S. and against Defendant Lyssa Fregoso in the amounts of $30,000.00 in compensatory damages and $33,334 in punitive damages.

5. Plaintiffs are entitled to $34,531.38 total in prejudgment interest on compensatory damages, calculated at 1.63% and compounded annually from September 9, 2020, through August 12, 2024.

6. Plaintiffs are entitled to post-judgment interest calculated from the original date of judgment, August 13, 2024, until the judgment is satisfied in full. Under 28 U.S.C. § 1961, the rate for post-judgment interest is 4.45%.

7. In addition to the damages awarded by the jury, Defendant Lyssa Fregoso shall pay attorneys' fees and related expenses to Plaintiffs in the amount of $742,161.66.

8. The Court shall maintain jurisdiction over this action for the purposes of enforcing this Judgment.

**Finding no just reason for delay, the Clerk of the Court is hereby directed to enter this Judgment forthwith.**

**SO ORDERED.**

Dated this 23rd day of July, 2025.

John C. Hinderaker
United States District Judge