**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Stein, et al., | No. CV-20-00102-TUC-JCH |
|         Plaintiffs, | **ORDER** |
| v. | |
| Alyssa Depke, et al., | |
|         Defendants. | |

Before the Court is Plaintiffs' Motion for Reconsideration (Doc. 364) of the Court's July 23, 2025 Order Re: Attorney's Fees and Costs (Doc. 361) ("Fee Order").

A motion for reconsideration must be denied absent "highly unusual circumstances," such as (1) "newly discovered evidence," (2) "clear error," or (3) "an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999); *see also* LRCiv. 7.2(g).

Plaintiffs seek reconsideration under LRCiv 7.2(g) based on "a showing of new facts or legal authority that could not have been brought to [the Court's] attention earlier with reasonable diligence." Doc. 364 at 2. Plaintiffs completed a public records request in May 2025, which was not fulfilled until two days after the Court issued its Fee Order. *Id.* The records request showed Defendant's counsel incurred $1,376,374.08 in fees and costs associated with this matter. *Id.* Plaintiffs argue Defendant made specious objections to the reasonableness of Plaintiffs' fee applications despite Defendant's counsel billing almost

$400,000 more[1] than what Plaintiffs requested in this case. *Id.*

The Court made its determination based upon its own evaluation of Plaintiffs' fee motions. The largest reduction in fees came from adjusting Mr. Moore's hourly rate, which has nothing to do with defense counsel's billing practices. *See* Doc. 351 at 11–16. Where the Court reduced hours for being excessive or unreasonable, it did so based on the Court's own experience and discretion. *See id.* The Court also exercised discretion to reduce a relatively small number of hours for block billing, vagueness, or unrelatedness. *See id.* In sum, Plaintiffs' "newly discovered evidence" would not change the Court's decision.

Accordingly,

**IT IS ORDERED denying** Plaintiffs' Motion for Reconsideration (Doc. 364).

Dated this 5th day of August, 2025.

John C. Hinderaker
United States District Judge

---

[1] Defendant's billing on this case likely includes time spent on dismissed claims and parties, whereas Plaintiffs "excised" this corresponding time from their fee applications.

- 2 -